## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LANGE FRESH SALES, INC. and<br>LANGE LOGISTICS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-03458 |
| | ) | |
| BROTHERS PRODUCE, LLC, | ) | |
| GRUBMARKET, INC., | ) | |
| SCHOENMANN PRODUCE | ) | |
| COMPANY, INC., MIKE XU, | ) | |
| A/K/A MINYI XU, | ) | |
| KATHY HUANG XU, | ) | |
| KEITH Z. BREWER, | ) | |
| JEFFREY CHEN, | ) | |
| JORGE DENEVE, ASHLEIGH | ) | |
| DELAFUENTE, | ) | |
| and MARK E. STEAKLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lange

Fresh Sales, Inc. and Lange Logistics, Inc., by and through undersigned counsel,

hereby give notice that the above-captioned action is voluntarily dismissed without

prejudice.  None of the Defendants has answered or moved for summary judgment.

Dated: May 6, 2026           Respectfully Submitted,

THOMPSON COBURN LLP

By:  */s/Elizabeth G. Myers*
     Elizabeth G. Myers (Attorney in charge)
     Texas Bar No. 24047767
     2100 Ross Avenue, Suite 3200
     Dallas, Texas 75201
     (972) 629-7100
     emyers@thompsoncoburn.com

     John P. Amato (*pro hac vice forthcoming*)
     488 Madison Avenue
     New York, NY 10022
     (212) 478-7200
     jamato@thompsoncoburn.com

*Attorneys for Lange Fresh Sales, Inc. and Lange Logistics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's ECF System.

*/s/Elizabeth G. Myers*

- 2 -